IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

MIKAELA ARMSTEAD and KARIEL
JONES individually and on behalf of
similarly situated waitresses,

    Plaintiffs,

v.

VJC HOSPITALITY OF SMYRNA, INC.
And VICTOR COMASTRO,

    Defendants.

    Case No. 1:24-cv-02823-MLB

_____/

## JOINT STIPULATION OF DISMISSAL
## WITHOUT PREJUDICE

Plaintiffs, Mikaela Armstead and Kariel Jones ("Plaintiffs"), and Defendants, VJC Hospitality of Smyrna, Inc. and Victor Comastro ("Defendants"), by and through undersigned counsel, hereby stipulate to dismissal of this Action, without prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), with all parties bearing their own costs, attorneys' fees, and expenses.

Dated this 1st day of March, 2025.

1

                                              Respectfully submitted,
                                              SPIRE LAW, PLLC
                                              2572 W. State Road 426, Suite 2088
                                              Oviedo, Florida 32765

| | |
|---|---|
| */s/ Ainsworth G. Dudley, Esq.*<br>Ainsworth G. Dudley, Esq.<br>DUDLEY LAW, LLC<br>Mitchell Graham, Esq.<br>GRAHAM LAW, LLC<br>4200 Northside Parkway NW<br>Building One, Suite 200<br>Atlanta, Georgia 30327<br>adudleylaw@gmail.com<br>mitchell@lawnet.org | *By: /s/ Ian E. Smith*<br>Ian E. Smith, Esq.<br>Georgia Bar No. 661492<br>ian@spirelawfirm.com<br>sarah@spirelawfirm.com<br>filings@spirelawfirm.com |

**<u>CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 5.1</u>**

The undersigned hereby certifies that the foregoing document has been prepared in accordance with the font type and margin requirements of Local Rule 5.1 of the Northern District of Georgia, using a font type of Book Antigua and a point size of 13.

*/s/ Ian Smith, Esq.*
Ian Smith, Esq.
Georgia Bar No. 661492

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 1st day of March, 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

/s/ Ian Smith
Attorney